_____

No: 14-2686
_____

In re: David Anthony Stebbins

Petitioner
_____

No: 14-2711
_____

In re: David Anthony Stebbins

Petitioner

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-TLB)
(3:12-cv-03022-TLB)

## JUDGMENT

The two petitions for writ of mandamus docketed as No. 14-2686 and No. 14-2711 have been considered and are denied. The motions for leave to proceed in forma pauperis in each case are denied as moot.

The Clerk's Office is hereby instructed not to accept a future petition for writ of mandamus for filing by this petitioner unless it is accompanied by payment of the full $500 appellate filing fee.

Mandate shall issue forthwith.

July 22, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans