IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

in re DAVID STEBBINS                                                    PETITIONER

CASE NO. 14-2686

U.S. DISTRICT COURT FOR THE                           RESPONDENT
WESTERN DISTRICT OF ARKANSAS

### PETITION FOR PANEL REHEARING AND PETITION FOR EN BANC REHEARING

Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following Petition for Panel, or in the Alternative, for En Banc Rehearing.

1. On Tuesday, July 22, 2014, Judges Lokan, Bowman, and Shepard entered an order directing the Court to not accept any further petitions for writ of mandamus from Petitioner, unless he pays the full $500 filing fee.

2. Petitioner is NOT an abusive filer! In Case No. 14-1845, Petitioner submitted a full briefing, explaining how he has the fundamental right to court access. "[A]ppellant's affinity for litigation, standing alone, would not provide a sufficient reason for issuing such an injunction."

3. Petitioner has not "abused" the Petition for Writ of Mandamus. Yes, Petitioner has filed a large *number* of them, but every one of them has been in good faith.

4. In about half of these Petitions, this Court asked the District Judges to respond to the claims. This indicates that this Court considered those Petitions to have some colorable merit to them.

5. Those petitions were denied, yes, but for many of the petitions where the Judge was asked to respond, it was denied because the Judge issued the ruling he was supposed to issue, thus negating the *need* for a writ of mandamus.

6. Petitioner has always – ALWAYS – used the Writ of Mandamus for what it was designed

for: To correct abuses of judicial discretion that cannot be corrected by normal appeal. See Petitioner's Brief in Case No. 14-1845 for details.

7.  Petitioner has been tortured into insanity because of the government's abuses, and Petitioner NEEDS justice! This isn't right!

8.  Please find, attached to this Petition, a letter that was ORIGINALLY intended for the District Court. The message, however, is still applicable here.

9.  Please, do the right thing, and please reinstate Petitioner's fundamental right to court access. His tendency to file a large *number* of lawsuits is not grounds for barring court access.

So requested on this, the 23rd day of July, 2014.

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

Dear U.S. District Court,

My name is _LARRY BOYD_. I am the leader of a PTSD-recovery program that is owned and funded by Church 180, a church that Mr. Stebbins happens to live next door to.

I am writing to you today, at Mr. Stebbins' request, to beg you to afford him a jury trial in his case.

I am well aware of what the Boone County jail put him through. It was not right what happened to him. He was tortured. He was violated.

I have been trying to help him, but he cannot recover as long as he has not yet secured justice in the court system, since he has no chance of recovery as long as he is still dwelling on the issues.

I know David, and I can testify that he is slowly going insane as a result of this injustice! He repeatedly bangs on his walls and yells at the top of his lungs, even though there is no one in his apartment for him to be yelling at. He can often be seen walking around in the parking lot of our church, pacing back and forth, making silent cuss-words with his lips, and raising his arms in front of his face, as if he is reliving memories of being attacked.

It's a miracle he hasn't committed SUICIDE, yet!

He is in *excruciating* emotional agony. Nobody should be expected to endure this type of pain.

He does not deserve the hatred that you and the jail have poured onto him. He is a normal human being, of flesh and blood, and he has been tortured into insanity! The monsters who did this to him need to be brought to justice; they are evil and need to be liable for their actions.

And YOU – the court – are about to let them get off scott free, simply because you don't like Mr. Stebbins. Your magistrate judge has completely ignored about 99% of the evidence that Mr. Stebbins presented at the evidence hearing, and is using THAT to justify his recommendation that Mr. Stebbins has not shown any evidence.

Please, do the right thing. It is heart-wrenching, seeing Mr. Stebbins in so much pain, and being powerless to help him until he can finally obtain justice. Please, give him justice. Give him a jury trial.

_____
(Signature of Wtiness)

LaRBEPh31920@gmail.com