IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

in re DAVID STEBBINS                                      PETITIONER

CASE NO. 14-2686

U.S. DISTRICT COURT FOR THE                        RESPONDENT
WESTERN DISTRICT OF ARKANSAS

## SUPPLEMENT TO PETITION FOR WRIT OF MANDAMUS

Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following supplement to his Petition for Writ of Mandamus in the above-styled action.

1. On Monday, July 14, 2014, Petitioner submitted two Petitions for Writs of Mandamus. The second one was not uploaded to PACER until Friday, July 18, 2014, but the first one was uploaded on Wednesday, July 16, 2014.

2. In the first of these two Petitions (the one which was given Case No. 14-2686 in this Court), Petitioner asked the Court to compel Magistrate Judge James R. Marchewski to issue a Report & Recommendation (or "R&R" for short) on ALL claims that were properly before him, not just those claims he wants to issue an R&R on.

3. In ¶¶ 7 & 8 of that Petition, Petitioner promised this Court that he would upload Day 2 of the evidence hearing, once the case was given a case number. That way, the Court could hear, with its own ears, that Petitioner did indeed request partial summary judgment for $370 in compensatory damages, which would prove that the Magistrate Judge's failure to address it is a violation of Petitioner's "court access" rights.

4. However, once this case was given a case number, Petitioner went to upload the audio file, like he promised, and was faced with a technical problem: The ECF system does not allow the uploading of audio files. In fact, it does not allow the uploading of *any* computer files at all,

except PDF!

5. Thus, Petitioner has been faced with only one option. Plaintiff has spent the last week teaching himself how to use Windows Movie Maker (he has never before had an indication to use it). That way, he can make a basic movie out of this audio clip, and then upload that clip to Youtube.

6. Now that Petitioner has finally done this, Petitioner now offers the Court a weblink which it can click on to take it straight to Day 2 of the Evidence Hearing.

7. Please click on (or copy and paste) the following link:

https://www.youtube.com/watch?v=0_wVA7CX5ww

8. Look in the description of this Youtube video (directly beneath the video itself). You will find the number "2:24:37." If you click on that number, it will instantly take you straight to the part of this audio clip that Petitioner is citing in ¶ 8 of his Original Petition.

9. Notice how Petitioner tells the Magistrate Judge:

> ""Furthermore, King - Bob King - by his own admission declined to look at the camera footage to determine if my allegations of Jones - uh - threatening me and shoving me against the wall were true. By his own admission, he chose to trust the word of witnesses over the incontrovertable video footage, and according to the precedent of Kuehl versus Burtis, that is not allowed. Police officers can make credibility determinations, but they cannot disregard evidence – such incontrovertible evidence - and they gave video footage as a specific example of such incontrovertible evidence.
>
> Bob King had no business citing me for disorderly conduct, and I - and along with arguing for a jury trial, I ask for- I wish for you issue a report and recommendation that I be awarded summary judgment of the $370 for the bail bond, since that was clearly done without probable cause by Bob King's own admission."

10. Thus, the Court now has, at its disposal, all the evidence that it needs to issue a ruling on this Petition.

Wherefore, premises considered, Petitioner requests that his Petition for Writ of

Mandamus be granted, and any other relief to which he may be entitled.

So requested on this, the 23rd day of July, 2014.

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
stebbinsd@yahoo.com
