# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2686

In re: David Anthony Stebbins

Petitioner

No: 14-2711

In re: David Anthony Stebbins

Petitioner

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-TLB)
(3:12-cv-03022-TLB)

_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

August 14, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans