# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 14, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

    Re:  David Anthony Stebbins
           v. United States District Court for the Western District of
           Arkansas
           No. 14-7114
           (Your No. 14-2686, 14-2711)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 12, 2014 and placed on the docket November 14, 2014 as No. 14-7114.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Michael Duggan
                              Case Analyst