## IN THE SUPREME COURT
## OF THE UNITED STATES

**DAVID STEBBINS**                        **PETITIONER**

VS.         CASE NO. 14-7114

**U.S. DISTRICT COURT FOR THE**             **RESPONDENT**
**WESTERN DISTRICT OF ARKANSAS**

### CERTIFICATE OF SERVICE

Comes now, *pro se* Petitioner David Stebbins, who hereby submits the following Certificate that, on the 5th day of December, 2014, Petitioner served a copy of the Petition for Writ of Certeroi on the United States Court of Appeals for the Eighth Circuit (after having received notice from the Clerks' Office of this Court that they are the ones who require service) by first class mail.

Petitioner has, admittedly, forgotten to file this Certificate of Service until now Petitioner has no excuse for this delay, other than human error. Petitioner prays that this Court will forgive his humble (and, by this point, harmless) mistake.

A copy of this Certificate of Service has been served on the Eight Circuit Court of Appeals by fax, using their fax number (314) 244-2780, on Friday, December 19, 2014.

So certified on this, the 19th day of December, 2014.

                                         /s/ David Stebbins
                                         David Stebbins
                                         123 W. Ridge St.,
                                         APT D
                                         Harrison, AR 72601
                                         870-204-6516
                                         stebbinsd@yahoo.com

DEC 19 2014
COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**FAX RECEIVED**

DEC 19 2014

U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT